UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REINALDO CRUZ, BENJAMIN TETTEYFIO, ANTHONY MANNARINO, CHRISTOPHER TURKO, DONNA PETERS, DENISE RAMSEY, RAFIK MISSAK and JEFF ANDERSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOOK-SUPERX, L.L.C., CVS CAREMARK CORPORATION; CVS PHARMACY, INC.; CVS ALBANY, L.L.C.; NEW JERSEY CVS PHARMACY, L.L.C.; and MASSACHUSETTS CVS PHARMACY, L.L.C.,<br><br>Defendants. | ) Civil Action No.<br>) 09 Civ. 7717<br>)<br>)<br>)<br>) **ORDER**<br>) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 0 OCT 2009

This matter having come before the Court on the Motion of Felice B. Ekelman, Esq., counsel of record for Defendants in the above-captioned action, for an order admitting Tracey T. Barbaree, Esq. of the law firm of Ashe, Rafuse & Hill LLP pro hac vice as co-counsel for Defendants in this matter; and the Court having reviewed the Affidavit submitted in support of said Motion and having found that the movant has complied with the Local Rules of this Court:

**IT IS HEREBY ORDERED** that

> Tracey T. Barbaree, Esq.
> Ashe, Rafuse & Hill LLP
> 1355 Peachtree Street, N.E.
> Suite 500, South Tower
> Atlanta, Georgia 30309
> Tel:   (404) 253-6000
> Fax:   (404) 253-6060

is hereby admitted pro hac vice as co-counsel for Defendants in this action. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. Because this action is assigned to the Electronic Case Filing system, counsel shall immediately apply for an ECF password.

SO ORDERED this _20th_ day of _October_ 2009.

_____
PAUL A. CROTTY, U.S.D.J.